**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE MARY MIRANDA, | ) Case No. CV 17-7616-JPR )  |
| Plaintiff, | ) **JUDGMENT** ) |
| v. | ) ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's motion for summary judgment is DENIED; (2) Defendant's motion for summary judgment is GRANTED; (3) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (4) judgment is entered in the Commissioner's favor.

DATED: November 29, 2017

                                             JEAN ROSENBLUTH
                                             U.S. Magistrate Judge